**Steven OWENS, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 06–1116.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Jan. 9, 2007.

Joseph E. Wolfe, Norton, Virginia, for Appellant. Donna L. Calvert, Regional Chief Counsel, William B. Reeser, Supervisory Regional Counsel, Reesha Kang Trznadel, Assistant Regional Counsel, Philadelphia, Pennsylvania, John L. Brownlee, United States Attorney, Sara Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Owens appeals the district court's order accepting the magistrate judge's recommendation to affirm the Commissioner's denial of disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm. *See Owens v. Barnhart,* No. 1:05–cv–00037–jpj (W.D.Va. Nov. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*